MARCUS GREGORY *v.* COMMISSIONER OF CORRECTION

The petitioner Marcus Gregory's petition for certification for appeal from the Appellate Court, 111 Conn. App. 430 (AC 28860), is denied.

*Rosemarie T. Weber,* special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided January 7, 2009